UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:20-cv-22431-RNS

ISABEL OSORIO,

    Plaintiff,

v.

SGS NORTH AMERICA, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Isabel Osorio, and Defendant, SGS North America, Inc., hereby file this Joint Stipulation of Voluntary Dismissal With Prejudice. The parties agree that this action be hereby dismissed with prejudice, that all pending motions be denied as moot, and that each party is to bear its own attorney's fees and costs.

Date: October 13, 2020

| By: */s/Dana M. Gallup* | By: */s/Steven A. Siegel* |
|---|---|
| Dana M. Gallup | Steven A. Siegel |
| Fla. Bar No. 0949329 | Fla. Bar No. 497274 |
| dgallup@gallup-law.com | ssiegel@fisherphillips.com |
| Gallup Auerbach | Fisher & Phillips LLP |
| 4000 Hollywood Boulevard | 450 East Las Olas Boulevard |
| Suite 265 South | Suite 800 |
| Hollywood, Florida 33021 | Fort Lauderdale, Florida 33301 |
| Telephone (954) 894-3035 | Telephone (954) 525-4800 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |